NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
CHRISTOPHER BURTON
Nevada Bar Number 12940
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270 / Fax: 702.388.6418
Christopher.burton4@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>DALE SCOTT,<br><br>               Defendant. | Case No. 2:20-mj-00153-EJY<br><br>**Government's Motion to Quash Arrest Warrant** |

On March 4, 2020, Defendant Dale Scott had an initial appearance before this Court consistent with Rules of Federal Criminal Procedure 5. *See* ECF No. 2. At that hearing, he was ordered released on pretrial supervision and was required to appear before the District Court for the Central District of California. *Id.* On April 17, 2020, before Scott had made his initial appearance in the Central District of California, this Court issued an arrest warrant for Scott on the basis of a number of violations of his pretrial release conditions. On May 12, 2020, Scott appeared via video conference in the District of Los Angeles for a hearing on the revocation of pretrial release. Scott admitted to the violations and agreed to surrender himself to pretrial detention by noon on May 14, 2020. On May 14, 2020, Scott surrendered himself in California.

1    Given that Scott has now surrendered himself to pretrial detention as a result of the

2   violations which precipitated the instant warrant, the government now moves to quash the

3   pending arrest warrant.

4

5   Dated: May 15, 2020.

6

7                                          Respectfully submitted,
                                           NICHOLAS TRUTANICH
                                           United States Attorney
8
                                           /s/_____
9                                          CHRISTOPHER BURTON
                                           Assistant United States Attorney
10

11

12                                        **ORDER**

13   Based on the foregoing information, the Court finds
     good cause to grant the Motion to Quash.
14
     Accordingly, IT IS HEREBY ORDERED that the
15   Government's Motion to Quash Arrest Warrant (ECF
     No. 14) is GRANTED.
16

17   _____
     UNITED STATES MAGISTRATE JUDGE
18
     Dated:  May 15, 2020
19

20

21

22

23

24